UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYCONE DENTAL SUPPLY CO., INC., D/B/A KEYSTONE RESEARCH & PHARMACEUTICAL, a New York Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CREATIVE NAIL DESIGN, INC., A California corporation<br><br>Defendant. | Civil Action No.: 12-cv-00747-RS<br><br>~~PROPOSED~~ ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME RE ADR DEADLINES |

Having considered the request of Mycone Dental Supply Co., Inc., D/B/A Keystone Research & Pharmaceutical and Creative Nail Design, Inc., that the ADR deadlines be extended, and for good cause shown, it is hereby:

ORDERED that the following deadlines are extended one week from May 24, 2012 to and including May 31, 2012:

1) Deadline to meet and confer regarding the ADR process selection;

2) Deadline to file ADR Certifications; and

3) Deadline to file Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

**IT IS SO ORDERED.**

Dated: 5/25/12

_____
Hon. Richard Seeborg
United States District Court Judge

---

1

~~PROPOSED~~ ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME RE ADR DEADLINES
Civil Action No.: 12-cv-00747-RS