IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYCONE DENTAL SUPPLY CO., INC., | No. C 12-00747 RS |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| CREATIVE NAIL DESIGN, INC., | |
| Defendant. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management Conference was held on June 21, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record and good cause appearing, IT IS HEREBY ORDERED THAT:

1. DISCOVERY. On or before June 28, 2013, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows:

A. INTERROGATORIES. Keystone, NSI, Young Nails and Cacee may together serve up to 15 joint interrogatories and may each serve an additional 5 individual interrogatories. Creative Nail Design may serve up to 20 joint interrogatories on opposing parties and may additionally serve up to 10 interrogatories separately to each of Keystone, NSI, Young Nails and Cacee.

B. REQUESTS FOR ADMISSION. Keystone, NSI, Young Nails and Cacee may together serve up to 30 requests for admission and may each serve an additional five individual

requests. Creative Nail Design may serve up to 40 joint requests for admission on opposing parties and may additionally serve up to 10 requests for admission separately to each of Keystone, NSI, Young Nails and Cacee.

  C. DEPOSITION DAYS. Keystone, NSI, Young Nails and Cacee together are limited to 10 deposition days. Creative Nail Design is limited to 12 deposition days.

  2. EXPERT WITNESSES. The parties shall be limited to no more than 5 testifying expert witnesses per side. The disclosure and discovery of expert witness opinions shall proceed as follows:

  A. On or before May 3, 2013, the parties shall exchange all expert reports.

  B. On or before May 31, 2013, the parties shall exchange all rebuttal expert reports.

  C. On or before July 26, 2013, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

  3. AMENDMENT OF PLEADINGS. All amendments to the pleadings must be completed on or before July 6, 2012.

  4. CLAIM CONSTRUCTION SCHEDULING.

  A. All invalidity contentions shall be due no later than **August 31, 2012**.

  B. The parties shall exchange proposed terms for construction no later than **September 19, 2012** in accordance with Patent L.R. 4-1(b).

  C. The parties shall exchange preliminary claim constructions and extrinsic evidence no later than **October 10, 2012**.

  D. The parties shall file their joint claim construction and prehearing statement no later than **November 14, 2012**.

  E. Claim construction discovery shall be completed no later than **December 14, 2012**.

  F. The opening claim construction brief must be submitted no later than **January 9, 2013.**

  G. The responsive claim construction brief with support must be submitted no later than **January 30, 2013**.

  H. The claim construction reply brief must be submitted no later than **February 8, 2013.**

I.  A Claim Construction Hearing shall take place in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, California on **February 27, 2013 at 10:00 a.m.**

IT IS SO ORDERED.

Dated:  6/22/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

CASE MANAGEMENT SCHEDULING ORDER