| | |
|---|---|
| 1 | VENABLE LLP |
|   | ADAM R. HESS (*pro hac vice*) |
| 2 |    Email: arhess@venable.com |
|   | CHRISTOPHER T. LA TESTA (*pro hac vice*) |
| 3 |    Email: ctlatesta@venable.com |
|   | 575 7th Street N.W. |
| 4 | Washington, D.C.  20004 |
|   | Telephone: (202) 344-4547 |
| 5 | Facsimile: (202) 344-8300 |
| 6 |   |
| 7 | FREITAS TSENG & KAUFMAN LLP |
|   | CRAIG KAUFMAN (SBN 159458) |
| 8 |    Email:  ckaufman@ftklaw.com |
|   | 100 Marine Parkway |
| 9 | Suite 200 |
|   | Redwood Shores, CA  94065 |
| 10 | Telephone:  (650) 730-5557 |
| 11 |   |
| 12 | Attorneys for Defendant CREATIVE NAIL DESIGN, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYCONE DENTAL SUPPLY CO., INC., D/B/A KEYSTONE RESEARCH & PHARMACEUTICAL, | ) ) ) ) |
| Plaintiff, | ) Case No.  3:12-cv-00747-RS ) |
| vs. | ) |
| CREATIVE NAIL DESIGN, INC., | ) **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING** |
| Defendant | ) **TIME FOR THE PARTIES TO EXCHANGE PRELIMINARY  CLAIM** |
| AND RELATED COUNTERCLAIM | ) **CONSTRUCTIONS AND EXTRINSIC EVIDENCE PURSUANT TO PATENT LOCAL RULE 4-2** |

Pursuant to Local Rule 6-1, Defendant/Counterclaim Plaintiff Creative Nail Design, Inc.

1

1  ("CND") and Plaintiff and Counterclaim Defendants Mycone Dental Supply Co., Inc., Young
2  Nails, Inc., Cacee, Inc. and Nail Systems International, by and through their respective counsel,
3  hereby stipulate and agree to extend the deadline for the parties to exchange their Preliminary
4  Claim Constructions and Extrinsic Evidence pursuant to Patent Local Rule 4-2 from October 10,
5  2012 to October 24, 2012.
6
7  In accordance with General Order No. 45, Section X(B), the filer of this document hereby
8  attests that the concurrence to the filing of this document has been obtained from the other
9  signatory hereto.

10 Dated: October 5, 2012            Respectfully submitted,
11                                   FREITAS TSENG & KAUFMAN LLP
12                                   By /s/ Craig Kaufman
13                                       CRAIG KAUFMAN (SBN 159458)
                                         Email: ckaufman@ftklaw.com
14                                       100 Marine Parkway
                                         Suite 200
15                                       Redwood Shores, CA  94065
                                         Telephone:  (650) 730-5557
16
17                                   FISH & RICHARDSON P.C.
18                                   By /s/ John R. Lane
19                                       JOHN M. FARRELL (SBN 99649)
                                         Email: farrell@fr.com
20                                       500 Arguello Street, Suite 500
                                         Redwood City, CA 94063
21                                       Telephone: (650) 839-5070
                                         Facsimile: (650) 839-5071
22
                                         John R. Lane (admitted *pro hac vice*)
23                                       Email: jlane@fr.com
                                         1 Houston Center
24                                       1221 McKinney Street
                                         Suite 2800
25                                       Houston, TX 77010
                                         Telephone: (713) 654-5307
26
27
28                                          2
   6089747-v2

1  **~~[PROPOSED]~~ ORDER**

2  PURSUANT TO THE FOREGOING STIPULATION, IT IS HEREBY ORDERED

3  THAT the deadline for the parties to exchange their Preliminary Claim Constructions and

4  Extrinsic Evidence pursuant to Patent Local Rule 4-2 is extended from October 10, 2012 to

5

6  October 24, 2012.

7  **IT IS SO ORDERED.**

8  Dated: October 5, 2012

9  _____
   Hon. Richard Seeborg
10  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              3
   6089747-v2