John M. Farrell (Cal. Bar. No. 99649)
farrell@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Jonathan E. Singer (Cal. Bar No. 187908)
singer@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Plaintiff
and Third-Party Defendants

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISO DIVISION

| | |
|---|---|
| MYCONE DENTAL SUPPLY CO., INC., D/B/A KEYSTONE RESEARCH & PHARMACEUTICAL, a New York Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CREATIVE NAIL DESIGN, INC., a California corporation,<br><br>　　　　　Defendant.<br><br>YOUNG NAILS, INC., CACEE, INC. AND NAIL SYSTEMS INTERNATIONAL,<br><br>　　　　　Third-Party Defendants. | Case No. 3:12-cv-00747-RS<br><br>**JOINT STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME FOR THE PARTIES TO EXCHANGE CLAIM CONSTRUCTION BRIEFS** |

　　　　Pursuant to Local Rule 6-1, Plaintiff Mycone Dental Supply Co., Inc., d/b/a/ Keystone Research and Pharmaceutical ("Keystone"); Third-Party Defendants Young Nails, Inc., Cacee, Inc., and Nail Systems International; and Defendant Creative Nail Design, Inc. hereby stipulate

and agree, subject to the Court's approval, to extend the deadlines for the parties to exchange their claim construction briefing pursuant to Patent Local Rule 4-5 as follows:

- opening claim construction briefs extended from January 9, 2013 to January 18, 2013
- responsive claim construction briefs extended from January 30, 2013 to February 8, 2013
- reply claim construction briefs is extended from February 8, 2013 to February 15, 2013.

These extensions will not affect the date of the claim construction hearing or any other deadlines set by the Court.

On January 3, 2013, Keystone and Third Party Defendants revised their position with respect to the term "methacrylate urethane resin" in claim 14 of U.S. Patent No. 6,803,394 and informed counsel for CND of this revision. Keystone and Third Party Defendants no longer contend that the term is indefinite, and proposed a new construction. The proposed extensions will allow the parties more time to develop their claim construction arguments in light of this change and/or to further meet and confer regarding the construction of the term "methacrylate urethane resin."

In accordance with General Order No. 45, Section X(B), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

| | |
|---|---|
| Dated: January 7, 2013 | Respectfully submitted, |
| | FISH & RICHARDSON, PC |
| | |
| | */s/ John M. Farrell* |
| | John M. Farrell (Cal. Bar No. 99649) |
| | farrell@fr.com |
| | 500 Arguello Street, Suite 500 |
| | Redwood City, CA 94063 |
| | Telephone : (650) 839-5070 |
| | Facsimile : (650) 839-5071 |
| | |
| | John R. Lane (pro hac vice) |
| | JLane@fr.com |
| | FISH & RICHARDSON P.C. |
| | 1221 McKinney Street, Suite 2800 |
| | Houston, TX 77010 |
| | Telephone: (713) 654-5300 |
| | Facsimile: (713) 652-0109 |
| | |
| | Jonathan E. Singer (Cal. Bar No. 187908) |
| | singer@fr.com |
| | 12390 El Camino Real |
| | San Diego, CA 92130 |
| | Telephone : (858) 678-5070 |
| | Facsimile : (858) 678-5099 |
| | |
| | Joseph A. Herriges (pro hac vice) |
| | herriges@fr.com |
| | FISH & RICHARDSON P.C. |
| | 60 South 6th Street, Suite 3200 |
| | Minneapolis, MN 55402 |
| | Telephone: (612) 335-5070 |
| | |
| | Ira A. Rosenau (pro hac vice) |
| | irosenau@klehr.com |
| | KLEHR HARRISON HARVEY BRANZBURG, LLP |
| | 1835 Market Street |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 568-6060 |
| | Facsimile: (215) 568-6603 |
| | |
| | Attorneys for Plaintiff |

and Third-Party Defendants

*/s/ Adam R. Hess*
Adam R. Hess (pro hac vice)
arhess@venable.com
Christopher T. La Testa (pro hac vice)
ctlatesta@venable.com
VENABLE LLP
575 7th Street N.W.
Washington, D.C. 20004
Telephone: (202) 344-4547
Facsimile: (202) 344-8300

Craig Kaufman (Cal. Bar. No. 159458)
ckaufman@ftklaw.com
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway
Suite 200
Redwood Shores, CA 94065
Telephone: (650) 730-5557

Attorneys for Defendant

# [~~PROPOSED~~] ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT the deadline for serving opening claim construction briefs is extended from January 9, 2013 to January 18, 2013, the deadline for serving responsive claim construction briefs is extended from January 30, 2013 to February 8, 2013, and the deadline for serving reply claim construction briefs is extended from February 8, 2013 to February 15, 2013.

**IT IS SO ORDERED.**

Dated: January 10, 2013

_____
Hon. Richard Seeborg
United States District Judge