John M. Farrell (Cal. Bar. No. 99649)
farrell@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Jonathan E. Singer (Cal. Bar No. 187908)
singer@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff
and Third-Party Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MYCONE DENTAL SUPPLY CO., INC., D/B/A KEYSTONE RESEARCH & PHARMACEUTICAL, a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CREATIVE NAIL DESIGN, INC., a California corporation,<br><br>Defendant.<br><br>YOUNG NAILS, INC., CACEE, INC. AND NAIL SYSTEMS INTERNATIONAL,<br><br>Third-Party Defendants. | Case No. 3:12-cv-00747-RS<br><br>**JOINT STIPULATION AND PROPOSED ORDER GRANTING KEYSTONE AND THIRD-PARTY DEFENDANTS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 79-5(c) TO SEAL CONFIDENTIAL DOCUMENTS** |

Pursuant to Local Civil Rules 79-5(c) and 7-11, Plaintiff Mycone Dental Supply Co., Inc., d/b/a Keystone Research and Pharmaceutical ("Keystone"); Third-Party Defendants Young Nails, Inc., Cacee, Inc. and Nail Systems International; and Defendants Creative Nail Design, Inc. hereby stipulate and agree, subject to the Court's approval, that

    1.    The designated portions in Exhibit 4 to the Declaration of Joseph A. Herriges shall be redacted from the version of Exhibit 4 filed in the public record; and

    2.    Only the Court and court personnel may inspect the records sealed by this Order.

Dated: February 6, 2013

Respectfully submitted,

FISH & RICHARDSON, PC

/s/Joseph A. Herriges
John M. Farrell (Cal. Bar No. 99649)
farrell@fr.com
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone : (650) 839-5070
Facsimile : (650) 839-5071

Jonathan E. Singer (Cal. Bar No. 187908)
singer@fr.com
12390 El Camino Real
San Diego, CA 92130
Telephone : (858) 678-5070
Facsimile : (858) 678-5099

Joseph A. Herriges (pro hac vice)
herriges@fr.com
FISH & RICHARDSON P.C.
60 South 6th Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070

Attorneys for Plaintiff
and Third-Party Defendants

```
                                    /s/Adam R. Hess
                                    Adam R. Hess (pro hac vice)
                                    arhess@venable.com
                                    Christopher T. La Testa (pro hac vice)
                                    ctlatesta@venable.com
                                    VENABLE LLP
                                    575 7th Street N.W.
                                    Washington, D.C. 20004
                                    Telephone: (202) 344-4547
                                    Facsimile: (202) 344-8300

                                    Craig Kaufman (Cal. Bar. No. 159458)
                                    ckaufman@ftklaw.com
                                    FREITAS TSENG & KAUFMAN LLP
                                    100 Marine Parkway
                                    Suite 200
                                    Redwood Shores, CA 94065
                                    Telephone: (650) 730-5557

                                    Attorneys for Defendant
```

# [PROPOSED] ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT:

1. The designated portions in Exhibit 4 to the Declaration of Joseph A. Herriges shall be redacted from the version of Exhibit 4 filed in the public record; and

2. Only the Court and court personnel may inspect the records sealed by this Order.

**IT IS SO ORDERED.**

Dated: February 7, 2013

_____
The Honorable Donna M. Ryu
United States Magistrate Judge

3

JOINT STIPULATION AND PROPOSED ORDER GRANTING
KEYSTONE AND THIRD-PARTY DEFENDANTS'
ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 79-5(c) TO
SEAL CONFIDENTIAL DOCUMENTS