VENABLE LLP
ADAM R. HESS (*pro hac vice*)
   Email:  arhess@venable.com
CHRISTOPHER T. LA TESTA (*pro hac vice*)
   Email: ctlatesta@venable.com
575 7th Street N.W.
Washington, D.C.  20004
Telephone: (202) 344-4547
Facsimile: (202) 344-8300


FREITAS TSENG & KAUFMAN LLP
CRAIG KAUFMAN (SBN 159458)
   Email:  ckaufman@ftklaw.com
100 Marine Parkway
Suite 200
Redwood Shores, CA  94065
Telephone:  (650) 730-5557


Attorneys for Defendant
CREATIVE NAIL DESIGN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYCONE DENTAL SUPPLY CO., INC., D/B/A/ KEYSTONE RESEARCH & PHARMACEUTICAL,<br><br>Plaintiff,<br><br>vs.<br><br>CREATIVE NAIL DESIGN, INC.,<br><br>Defendant. | Case No.  3:12-cv-00747-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT CREATIVE NAIL DESIGN, INC. TO FILE ITS REPLY CLAIM CONSTRUCTION BRIEF PURSUANT TO PATENT LOCAL RULE 4-5** |
| AND RELATED COUNTERCLAIM | |

Pursuant to Local Rule 6-1, Defendant/Counterclaim Plaintiff Creative Nail Design, Inc. ("CND"), seeks to extend the deadline for CND to file its reply claim construction brief pursuant to Patent Local Rule 4-5 from February 15, 2013 to February 19, 2013 for the resons

- 1 -
JOINT STIPULATION EXTENDING TIME FOR DEFENDANT
CND TO FILE ITS REPLY CLAIM CONSTRUCTION BRIEF
CASE NO. 3:12-CV-00747 RS

stated below.  Plaintiff Mycone Dental Supply Co., Inc. ("Keystone"), and Counterclaim Defendants Young Nails, Inc., Cacee, Inc. and Nail Systems International ("Counterclaim Defendants"), do not oppose CND's proposed extension.  Therefore, the parties, by and through their respective counsel, hereby stipulate, subject to the Court's approval, to extend the deadline for CND to file its reply claim construction brief pursuant to Patent Local Rule 4-5 from February 15, 2013 to February 19, 2013.

This extension will not affect the date of the claim construction hearing or any other deadlines set by the Court.

On February 8, 2013, Keystone and the Counterclaim Defendants filed their Responsive Claim Construction Brief.  Pursuant to the Case Management Scheduling Order, as modified by Court Order on January 7, 2013 (*see* Dkt. 95), the deadline for CND to file its Reply Claim Construction Brief is February 15, 2013.  CND has requested additional time, with the approval of Keystone and Counterclaim Defendants, beyond the deadline to do so because CND's lead counsel of record is recovering from recent surgery.

Dated: February 11, 2013            Respectfully submitted,

FREITAS TSENG & KAUFMAN LLP

By */s/ Craig Kaufman*
    CRAIG KAUFMAN (SBN 159458)
    100 Marine Parkway, Suite 200
    Redwood Shores, CA  94065
    Telephone:  (650) 730-5557
    Email:  ckaufman@ftklaw.com

*Attorneys for Defendant*
*CREATIVE NAIL DESIGN, INC.*


FISH & RICHARDSON P.C.

By */s/ John R. Lane*

JOHN M. FARRELL (SBN 99649)
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
Email: farrell@fr.com

John R. Lane (admitted *pro hac vice*)
1 Houston Center
1221 McKinney Street
Suite 2800
Houston, TX 77010
Telephone: (713) 654-5307
Email: jlane@fr.com

*Attorneys for Plaintiff*
*MYCONE DENTAL SUPPLY CO., INC., D/B/A/*
*KEYSTONE RESEARCH & PHARMACEUTICAL*

## ATTESTATION OF CONCURRENCE

I, Craig R. Kaufman, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Extending Time for Defendant Creative Nail Design, Inc. to File Its Reply Claim Construction Brief Pursuant to Patent Local Rule 4.-5. I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3) and General Order 45, concurrence in the filing of this document has been obtained from Counsel for Plaintiff Mycone Dental Supply Co., Inc., d/b/a/ Keystone Research & Pharmaceutical. I declare under penalty of perjury that the foregoing is true and correct.

Date: February 11 2013         */s/ Craig R. Kaufman*
                               Craig R. Kaufman

# [~~PROPOSED~~] ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS HEREBY ORDERED THAT the deadline for Defendant Creative Nail Design, Inc. to file its Reply Claim Construction Brief pursuant to Patent Local Rule 4-5 is extended from February 15, 2013 to February 19, 2013.

**IT IS SO ORDERED.**

Dated:  February  11, 2013

_____
Hon. Richard Seeborg
United States District Judge