John M. Farrell (Cal. Bar. No. 99649)
farrell@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Jonathan E. Singer (Cal. Bar No. 187908)
singer@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Plaintiff
and Third-Party Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISO DIVISION**

| | |
|---|---|
| MYCONE DENTAL SUPPLY CO., INC., D/B/A KEYSTONE RESEARCH & PHARMACEUTICAL, a New York Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CREATIVE NAIL DESIGN, INC., a California corporation,<br><br>　　　　　　Defendant. | Case No. 3:12-cv-00747-RS<br><br>**JOINT STIPULATION AND P~~ROPOSED~~ ORDER TO RESCHEDULE CLAIM CONSTRUCTION HEARING** |
| YOUNG NAILS, INC., CACEE, INC. AND NAIL SYSTEMS INTERNATIONAL,<br><br>　　　　　　Third-Party Defendants. | |

　　　　Pursuant to Local Rule 6-1, Plaintiff Mycone Dental Supply Co., Inc., d/b/a/ Keystone Research and Pharmaceutical ("Keystone") and Third-Party Defendants Young Nails, Inc., Cacee, Inc., and Nail Systems International, and Defendant Creative Nail Design, Inc. hereby stipulate and agree, subject to the Court's approval, to reschedule the claim construction hearing

1

from February 27, 2013 to April 9, 10 or 11, 2013 for the reasons explained in the Declaration of John R. Lane, submitted herewith.  This extension will not affect any other deadlines set by the Court.

In accordance with General Order No. 45, Section X(B), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

Dated: February 13, 2013                    Respectfully submitted,

                                            FISH & RICHARDSON, PC

                                            *s/John R. Lane*
                                            John M. Farrell (Cal. Bar No. 99649)
                                            farrell@fr.com
                                            500 Arguello Street, Suite 500
                                            Redwood City, CA 94063
                                            Telephone : (650) 839-5070
                                            Facsimile : (650) 839-5071

                                            John R. Lane (pro hac vice)
                                            JLane@fr.com
                                            FISH & RICHARDSON P.C.
                                            1221 McKinney Street, Suite 2800
                                            Houston, TX 77010
                                            Telephone: (713) 654-5300
                                            Facsimile: (713) 652-0109

                                            Jonathan E. Singer (Cal. Bar No. 187908)
                                            singer@fr.com
                                            12390 El Camino Real
                                            San Diego, CA 92130
                                            Telephone : (858) 678-5070
                                            Facsimile : (858) 678-5099

Joseph A. Herriges (pro hac vice)
herriges@fr.com
FISH & RICHARDSON P.C.
60 South 6th Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070

Ira A. Rosenau (pro hac vice)
irosenau@klehr.com
KLEHR HARRISON HARVEY
BRANZBURG, LLP
1835 Market Street
Philadelphia, PA 19103
Telephone: (215) 568-6060
Facsimile: (215) 568-6603

Attorneys for Plaintiff
and Third-Party Defendants

*s/Adam R. Hess*
Adam R. Hess (pro hac vice)
arhess@venable.com
Christopher T. La Testa (pro hac vice)
ctlatesta@venable.com
VENABLE LLP
575 7th Street N.W.
Washington, D.C. 20004
Telephone: (202) 344-4547
Facsimile: (202) 344-8300

Craig Kaufman (Cal. Bar. No. 159458)
ckaufman@ftklaw.com
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway
Suite 200
Redwood Shores, CA 94065
Telephone: (650) 730-5557

Attorneys for Defendant

3
JOINT STIPULATION AND PROPOSED ORDER TO RESCHEDULE
CLAIM CONSTRUCTION HEARING
Case No. 3:12-cv-00747-RS

1
2
**[PROPOSED] ORDER**

3   PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT the

4   claim construction hearing is rescheduled from February 27, 2013 to April [~~9/10/11~~ 10], 2013 at

5   __10:00__ [a.m./~~p.m.~~].

6
7   **IT IS SO ORDERED.**

8   Dated: February 14, 2013

9
10                                                              _____
                                                                Hon. Richard Seeborg
11                                                              United States District Judge