VENABLE LLP
ADAM R. HESS (*pro hac vice*)
   Email: arhess@venable.com
CHRISTOPHER T. LA TESTA (*pro hac vice*)
   Email: ctlatesta@venable.com
575 7th Street N.W.
Washington, D.C. 20004
Telephone: (202) 344-4547
Facsimile: (202) 344-8300


FREITAS TSENG & KAUFMAN LLP
CRAIG KAUFMAN (SBN 159458)
   Email: ckaufman@ftklaw.com
100 Marine Parkway
Suite 200
Redwood Shores, CA 94065
Telephone: (650) 730-5557


Attorneys for Defendant
CREATIVE NAIL DESIGN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYCONE DENTAL SUPPLY CO., INC., D/B/A/ KEYSTONE RESEARCH & PHARMACEUTICAL,<br><br>        Plaintiff,<br><br>vs.<br><br>CREATIVE NAIL DESIGN, INC.,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 3:12-cv-00747-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES AND THE DEADLINES TO EXCHANGE EXPERT REPORTS** |

     Pursuant to Local Rule 6-1, Defendant/Counterclaim Plaintiff Creative Nail Design, Inc. ("CND"), Plaintiff Mycone Dental Supply Co., Inc. ("Keystone"), and Counterclaim Defendants Young Nails, Inc., Cacee, Inc. and Nail Systems International ("Counterclaim Defendants"), by and through their respective counsel, hereby stipulate and agree, subject to the Court's approval,

to extend the deadlines for the close of fact and expert discovery and to extend the deadlines for the parties to exchange their expert reports as follows:

- The deadline for the completion of all non-expert discovery is extended from June 28, 2013 to September 13, 2013.
- The deadline for the parties to exchange opening expert reports is extended from May 3, 2013 to July 2, 2013.
- The deadline for the parties to exchange rebuttal expert reports is extended from May 31, 2013 to July 31, 2013.
- The deadline for the completion of discovery of expert witnesses is extended from July 26, 2013 to November 1, 2013.

In addition, the parties have agreed to, and request that, an additional deadline be set for the service of a reply expert report on August 30, 2013. The parties have agreed that with respect to 35 U.S.C. § 103, in the opening expert reports, Keystone will set forth its prima facie case of obviousness. In the rebuttal expert reports, CND will set forth its rebuttal to Keystone's prima facie obviousness case, including any arguments on secondary considerations of nonobviousness. The reply expert report will be served by Keystone only, and will solely be for the purpose of rebutting CND's arguments on secondary considerations of nonobviousness. In addition, the parties have agreed that CND may take fact discovery beyond the agreed-upon deadline set forth above, but only on any new issues of fact raised in Keystone's reply expert report.

The parties request the extensions for the reasons explained in the Declaration of Christopher T. La Testa, submitted herewith. This extension will not affect any other deadlines set by the Court. In addition, this extension will not affect any pre-trial or trial dates as no dates have been set for trial.

Dated: April 26, 2013

Respectfully submitted,
FREITAS TSENG & KAUFMAN LLP

By /s/ *Craig R. Kaufman*
   CRAIG R. KAUFMAN (SBN 159458)
   Email: ckaufman@ftklaw.com
   100 Marine Parkway, Suite 200
   Redwood Shores, CA 94065
   Telephone: (650) 730-5557

| | |
|---|---|
| 1 | |
| 2 | Adam R. Hess (pro hac vice)<br>arhess@venable.com |
| 3 | Christopher T. La Testa (pro hac vice)<br>ctlatesta@venable.com |
| 4 | VENABLE LLP<br>575 7th Street N.W. |
| 5 | Washington, D.C. 20004<br>Telephone: (202) 344-4547 |
| 6 | Facsimile: (202) 344-8300 |
| 7 | *Attorneys for Defendant,* CREATIVE NAIL DESIGN, |
| 8 | INC. |
| 9 | |
| 10 | FISH & RICHARDSON P.C. |
| 11 | By */s/ John R. Lane* |
| 12 | JOHN M. FARRELL (SBN 99649)<br>Email: farrell@fr.com |
| 13 | 500 Arguello Street, Suite 500<br>Redwood City, CA 94063 |
| 14 | Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071 |
| 15 | |
| 16 | John R. Lane (admitted *pro hac vice*)<br>Email: jlane@fr.com |
| 17 | 1 Houston Center<br>1221 McKinney Street |
| 18 | Suite 2800<br>Houston, TX 77010 |
| 19 | Telephone: (713) 654-5307 |
| 20 | Jonathan E. Singer (Cal. Bar No. 187908)<br>singer@fr.com |
| 21 | 12390 El Camino Real<br>San Diego, CA 92130 |
| 22 | Telephone : (858) 678-5070<br>Facsimile : (858) 678-5099 |
| 23 | Joseph A. Herriges (pro hac vice)<br>herriges@fr.com |
| 24 | FISH & RICHARDSON P.C.<br>60 South 6th Street, Suite 3200 |
| 25 | Minneapolis, MN 55402 |
| 26 | Telephone: (612) 335-5070 |
| 27 | |
| 28 | |

1
2
3
4
5

Ira A. Rosenau (pro hac vice)
irosenau@klehr.com
KLEHR HARRISON HARVEY
BRANZBURG, LLP
1835 Market Street
Philadelphia, PA 19103
Telephone: (215) 568-6060
Facsimile: (215) 568-6603

6
7

*Attorneys for Plaintiff,* MYCONE DENTAL SUPPLY CO., INC., D/B/A/ KEYSTONE RESEARCH & PHARMACEUTICAL

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [~~PROPOSED~~] ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS HEREBY ORDERED THAT the deadlines for the close of fact and expert discovery and the deadlines for the parties to exchange their expert reports are extended and set as follows:

| | |
|---|---|
| The deadline for the completion of all non-expert discovery: | September 13, 2013. |
| The deadline for the parties to exchange opening expert reports: | July 2, 2013. |
| The deadline for the parties to exchange rebuttal expert reports: | July 31, 2013. |
| The deadline for Keystone to serve its reply expert report: | August 30, 2013. |
| The deadline for the completion of discovery of expert witnesses: | November 1, 2013. |

**IT IS SO ORDERED.**

Dated: 4/29, 2013

_____
Hon. Richard Seeborg
United States District Judge