VENABLE LLP
ADAM R. HESS (*pro hac vice*)
  Email: arhess@venable.com
CHRISTOPHER T. LA TESTA (*pro hac vice*)
  Email: ctlatesta@venable.com
575 7th Street N.W.
Washington, D.C. 20004
Telephone: (202) 344-4547
Facsimile: (202) 344-8300

FREITAS TSENG & KAUFMAN LLP
CRAIG KAUFMAN (SBN 159458)
  Email: ckaufman@ftklaw.com
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 730-5557

Attorneys for Defendant
CREATIVE NAIL DESIGN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYCONE DENTAL SUPPLY CO., INC., D/B/A/ KEYSTONE RESEARCH & PHARMACEUTICAL,<br><br>Plaintiff,<br><br>vs.<br><br>CREATIVE NAIL DESIGN, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 3:12-cv-00747-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES AND THE DEADLINES TO EXCHANGE EXPERT REPORTS** |

Pursuant to Local Rule 6-1, Defendant/Counterclaim Plaintiff Creative Nail Design, Inc. ("CND"), Plaintiff Mycone Dental Supply Co., Inc. ("Keystone"), and Counterclaim Defendants Young Nails, Inc., Cacee, Inc. and Nail Systems International ("Counterclaim Defendants"), by and through their respective counsel, hereby stipulate and agree, subject to the Court's approval,

to extend the deadlines for the close of fact and expert discovery and to extend the deadlines for the parties to exchange their expert reports as follows:

- The deadline for the parties to exchange opening expert reports is extended from July 2, 2013 to August 30, 2013.

- The deadline for the parties to exchange rebuttal expert reports is extended from July 31, 2013 to October 2, 2013.

- The deadline for Keystone to submit its reply expert report for the purpose of rebutting CND's arguments on secondary considerations of nonobviousness is extended from August 30, 2013 to November 1, 2013.

- The deadline for the completion of all non-expert discovery is extended from September 13, 2013 to November 15, 2013.

- The deadline for the completion of discovery of expert witnesses is extended from November 1, 2013 to January 10, 2014.

In addition, the parties have agreed that CND may take fact discovery beyond the agreed-upon deadline set forth above, but only on any new issues of fact raised in Keystone's reply expert report.

The parties request the extensions for the reasons explained in the Declaration of Christopher T. La Testa, submitted herewith.  This extension will not affect any other deadlines set by the Court.  In addition, this extension will not affect any pre-trial or trial dates as no dates have been set for trial.

Dated: June 10, 2013                     Respectfully submitted,

                                         FREITAS TSENG & KAUFMAN LLP

                                         By */s/ Craig Kaufman*
                                             CRAIG KAUFMAN (SBN 159458)
                                             Email:  ckaufman@ftklaw.com
                                             100 Marine Parkway, Suite 200
                                             Redwood Shores, CA  94065
                                             Telephone:  (650) 730-5557

                                             Adam R. Hess (*pro hac vice*)
                                             arhess@venable.com
                                             Christopher T. La Testa (*pro hac vice*)
                                             ctlatesta@venable.com

|   |   |
|---|---|
| 1 | VENABLE LLP |
| 2 | 575 7th Street N.W.<br>Washington, D.C. 20004 |
| 3 | Telephone: (202) 344-4547<br>Facsimile: (202) 344-8300 |

<br>

*Attorneys for Defendant*

FISH & RICHARDSON P.C.

By */s/ John R. Lane*
    JOHN M. FARRELL (SBN 99649)
    Email: farrell@fr.com
    500 Arguello Street, Suite 500
    Redwood City, CA 94063
    Telephone: (650) 839-5070
    Facsimile: (650) 839-5071

    John R. Lane (admitted *pro hac vice*)
    Email: jlane@fr.com
    1 Houston Center
    1221 McKinney Street
    Suite 2800
    Houston, TX 77010
    Telephone: (713) 654-5307

    Jonathan E. Singer (SBN 187908)
    singer@fr.com
    12390 El Camino Real
    San Diego, CA 92130
    Telephone: (858) 678-5070
    Facsimile: (858) 678-5099

    Joseph A. Herriges (*pro hac vice*)
    herriges@fr.com
    FISH & RICHARDSON P.C.
    60 South 6th Street, Suite 3200
    Minneapolis, MN 55402
    Telephone: (612) 335-5070

    Ira A. Rosenau (*pro hac vice*)
    irosenau@klehr.com
    KLEHR HARRISON HARVEY BRANZBURG, LLP
    1835 Market Street
    Philadelphia, PA 19103
    Telephone: (215) 568-6060
    Facsimile: (215) 568-6603

*Attorneys for Plaintiff*

1  **[PROPOSED] ORDER**

2  PURSUANT TO THE FOREGOING STIPULATION, IT IS HEREBY ORDERED

3  THAT the deadlines for the close of fact and expert discovery and the deadlines for the parties to

4  exchange their expert reports are extended and set as follows:

5      The deadline for the parties to exchange opening expert reports:    August 30, 2013.

6      The deadline for the parties to exchange rebuttal expert reports:    October 2, 2013.

7      The deadline for Keystone to serve reply expert report:    November 1, 2013.

8      The deadline for the completion of all non-expert discovery:    November 15, 2013.

9      The deadline for the completion of discovery of expert witnesses:    January 10, 2014.

11  **IT IS SO ORDERED.**

13  Dated: June _10_, 2013

14  _____
Hon. Richard Seeborg
United States District Judge