United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCONE DENTAL SUPPLY CO INC,<br><br>    Plaintiff(s),<br><br>  v.<br><br>CREATIVE NAIL DESIGN INC,<br><br>    Defendant(s).<br>_____/ | No. C-12-00747 DMR<br><br>**ORDER REQUIRING DEFENDANT CREATIVE NAIL DESIGN TO FILE NOTICE OF NON-OPPOSITION** |

The court is in receipt of Plaintiff and Third-Party Defendants' Unopposed Motion Pursuant to Patent Local Rule 3-6 to Amend Invalidity Contentions ("Motion"). [Docket No. 133.] Plaintiff and Third-Party Defendants have represented in the Motion, but not in the accompanying declaration, that the motion is unopposed by Defendant Creative Nail Design. If Defendant does not oppose the Motion, Defendant shall file a notice of non-opposition by **July 8, 2013.**

IT IS SO ORDERED.

Dated: June 28, 2013

_____
DONNA M. RYU
United States Magistrate Judge