John M. Farrell (Cal. Bar. No. 99649)
farrell@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Jonathan E. Singer (Cal. Bar. No. 187908)
singer@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff and
Third-Party Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MYCONE DENTAL SUPPLY CO., INC., D/B/A KEYSTONE RESEARCH & PHARMACEUTICAL, a New York corporation<br><br>Plaintiff,<br><br>v.<br><br>CREATIVE NAIL DESIGN, INC., a California corporation<br><br>Defendant. | Civil Action No. 3:12-cv-00747-RS<br><br>**JOINT STIPULATION AND PROPOSED ORDER GRANTING KEYSTONE AND THIRD-PARTY DEFENDANTS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 79-5(c) TO SEAL CONFIDENTIAL DOCUMENTS** |
| YOUNG NAILS, INC., CACEE, INC. AND NAIL SYSTEMS INTERNATIONAL,<br><br>Third-Party Defendants. | |

Pursuant to Local Civil Rules 79-5(c) and 7-11, Plaintiff Mycone Dental Supply Co., Inc., d/b/a Keystone Research and Pharmaceutical ("Keystone"); Third-Party Defendants Young Nails,

JOINT STIPULATION AND PROPOSED ORDER
GRANTING KEYSTONE AND THIRD-PARTY
DEFENDANTS' ADMINISTRATIVE MOTION
PURSUANT TO CIVIL L.R. 79-5(c) TO SEAL
CONFIDENTIAL DOCUMENTS
3:12-cv-00747-RS

Inc., Cacee, Inc. and Nail Systems International; and Defendants Creative Nail Design, Inc. hereby stipulate and agree, subject to the Court's approval, that

1. The designated portions in Exhibit 1 to the Declaration of Joseph A. Herriges shall be redacted from the version of Exhibit 1 filed in the public record;

2. The designated portions in Exhibit 4 to the Declaration of Joseph A. Herriges shall be redacted from the version of Exhibit 4 filed in the public record;

3. The designated portions in Exhibit 6 to the Declaration of Joseph A. Herriges shall be redacted from the version of Exhibit 6 filed in the public record;

4. Only the Court and court personnel may inspect the records sealed by this Order.

IT IS SO ORDERED.
Date: July 8, 2013

_____
Donna M. Ryu
United States Magistrate Judge

2

JOINT STIPULATION AND [PROPOSED] ORDER
GRANTING KEYSTONE AND THIRD-PARTY
DEFENDANTS' ADMINISTRATIVE MOTION
PURSUANT TO CIVIL L.R. 79-5(c) TO SEAL
CONFIDENTIAL DOCUMENTS
3:12-cv-00747-RS

| | |
|---|---|
| Dated: June 20, 2013 | FISH & RICHARDSON P.C. |
| | By: /s/ *Joseph A. Herriges* |
| | John M. Farrell (Cal. Bar. No. 99649) |
| | farrell@fr.com |
| | 500 Arguello Street, Suite 500 |
| | Redwood City, CA 94063 |
| | Telephone: (650) 839-5070 |
| | Facsimile: (650) 839-5071 |
| | |
| | John R. Lane (pro hac vice) |
| | JLane@fr.com |
| | FISH & RICHARDSON P.C. |
| | 1221 McKinney Street, Suite 2800 |
| | Houston, TX 77010 |
| | Telephone: (713) 654-5300 |
| | Facsimile: (713) 652-0109 |
| | |
| | Jonathan E. Singer (Cal. Bar. No. 187908) |
| | singer@fr.com |
| | 12390 El Camino Real |
| | San Diego, CA 92130 |
| | Telephone: (858) 678-5070 |
| | Facsimile: (858) 678-5099 |
| | |
| | Joseph A. Herriges (pro hac vice) |
| | herriges@fr.com |
| | FISH & RICHARDSON P.C. |
| | 60 South 6th Street, Suite 3200 |
| | Minneapolis, MN 55402 |
| | Telephone: (612) 335-5070 |
| | |
| | Ira A. Rosenau (pro hac vice) |
| | irosenau@klehr.com |
| | KLEHR HARRISON HARVEY BRANZBURG, LLP |
| | 1835 Market Street |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 568-6060 |
| | Facsimile: (215) 568-6603 |
| | |
| | Attorneys for Plaintiff and Third-Party Defendants |

3

JOINT STIPULATION AND [PROPOSED] ORDER GRANTING KEYSTONE AND THIRD-PARTY DEFENDANTS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 79-5(c) TO SEAL CONFIDENTIAL DOCUMENTS
3:12-cv-00747-RS