1   John M. Farrell (Cal. Bar. No. 99649)
    farrell@fr.com
2   FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
3   Redwood City, CA 94063
    Telephone:  (650) 839-5070
4   Facsimile:  (650) 839-5071

5   Jonathan E. Singer (Cal. Bar. No. 187908)
    singer@fr.com
6   FISH & RICHARDSON P.C.
    12390 El Camino Real
7   San Diego, CA 92130
    Telephone: (858) 678-5070
8   Facsimile: (858) 678-5099

9   Attorneys for Plaintiff and
    Third-Party Defendants

10

11

12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MYCONE DENTAL SUPPLY CO., INC., D/B/A KEYSTONE RESEARCH & PHARMACEUTICAL, a New York corporation <br><br> Plaintiff, <br><br> v. <br><br> CREATIVE NAIL DESIGN, INC., a California corporation <br><br> Defendant. <br><br>——————————————— <br><br> YOUNG NAILS, INC., CACEE, INC. AND NAIL SYSTEMS INTERNATIONAL, <br><br> Third-Party Defendants. | Civil Action No. 3:12-cv-00747-RS <br><br> **[~~PROPOSED~~] ORDER GRANTING KEYSTONE AND THIRD-PARTY DEFENDANTS' UNOPPOSED MOTION PURSUANT TO PATENT L.R. 3-6 TO AMEND INVALIDITY CONTENTIONS** |

13
14
15
16
17
18
19
20
21
22
23

This matter came before the Court on the Keystone and Third-Party Defendants'

24

25   Unopposed Motion Pursuant to Patent L.R. 3-6 to Amend Invalidity Contentions on June 20,

26   2013. Having considered the pleadings and papers on file, the Court HEREBY ORDERS that the

27   motion is GRANTED.

28

1    IT IS SO ORDERED.

2

3    Dated:____July 8_____, 2013

4                                                     The Honorable Donna M. Ryu
                                                      United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                        2
28                    [PROPOSED] ORDER GRANTING KEYSTONE AND
                      THIRD-PARTY DEFENDANTS' UNOPPOSED
                      MOTION PURSUANT TO PATENT L.R. 3-6 TO
                      AMEND INVALIDITY CONTENTIONS
                      3:12-cv-00747-RS