John M. Farrell (Cal. Bar. No. 99649)
farrell@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Jonathan E. Singer (Cal. Bar. No. 187908)
singer@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff and
Third-Party Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MYCONE DENTAL SUPPLY CO., INC., D/B/A KEYSTONE RESEARCH & PHARMACEUTICAL, a New York corporation<br><br>Plaintiff,<br><br>v.<br><br>CREATIVE NAIL DESIGN, INC., a California corporation<br><br>Defendant. | Civil Action No. 3:12-cv-00747-RS<br><br>**JOINT STIPULATION AND PROPOSED ORDER GRANTING KEYSTONE AND THIRD-PARTY DEFENDANTS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 79-5(c) TO SEAL CONFIDENTIAL DOCUMENTS** |
| YOUNG NAILS, INC., CACEE, INC. AND NAIL SYSTEMS INTERNATIONAL,<br><br>Third-Party Defendants. | |

Pursuant to Local Civil Rules 79-5(c) and 7-11, Plaintiff Mycone Dental Supply Co., Inc., d/b/a Keystone Research and Pharmaceutical ("Keystone"); Third-Party Defendants Young Nails, Inc., Cacee, Inc. and Nail Systems International; and Defendants Creative Nail Design, Inc. hereby

stipulate and agree, subject to the Court's approval, that the designated portions in the Discovery Letter Brief shall be redacted from the version of the Discovery Letter Brief filed in the public record. Only the Court and court personnel may inspect the records sealed by this Order.

Dated: July 24, 2013               FISH & RICHARDSON P.C.

By:  s/*Jonathan E. Singer*
    Jonathan E. Singer (CA SBN 187908)
    singer@fr.com
    12390 El Camino Real
    San Diego, CA 92130
    Telephone: (858) 678-5070
    Facsimile: (858) 678-5099

    John M. Farrell (CA SBN 99649)
    farrell@fr.com
    500 Arguello Street, Suite 500
    Redwood City, CA 94063
    Telephone: (650) 839-5070
    Facsimile: (650) 839-5071

    John R. Lane (pro hac vice)
    JLane@fr.com
    FISH & RICHARDSON P.C.
    1221 McKinney Street, Suite 2800
    Houston, TX 77010
    Telephone: (713) 654-5300
    Facsimile: (713) 652-0109

    Joseph A. Herriges (pro hac vice)
    herriges@fr.com
    FISH & RICHARDSON P.C.
    60 South 6th Street, Suite 3200
    Minneapolis, MN 55402
    Telephone: (612) 335-5070

2

JOINT STIPULATION AND [PROPOSED] ORDER GRANTING KEYSTONE AND THIRD-PARTY DEFENDANTS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 79-5(c) TO SEAL CONFIDENTIAL DOCUMENTS
3:12-cv-00747-RS

|   |   |
|---|---|
| 1 | Ira A. Rosenau (pro hac vice) |
| 2 | irosenau@klehr.com |
|   | KLEHR HARRISON HARVEY |
| 3 | BRANZBURG, LLP |
|   | 1835 Market Street |
| 4 | Philadelphia, PA 19103 |
|   | Telephone: (215) 568-6060 |
| 5 | Facsimile: (215) 568-6603 |

Attorneys for Plaintiff and
Third-Party Defendants

By s/Adam Hess
 ADAM HESS (pro hac vice)
 arhess@venable.com
 Christopher T. La Testa (pro hac vice)
 ctlatesta@venable.com
 VENABLE LLP
 575 7th Street N.W.
 Washington, D.C. 20004
 Telephone: (202) 344-4547
 Facsimile: (202) 344-8300

Craig Kaufman (Cal. Bar. No. 159458)
ckaufman@ftklaw.com
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway
Suite 200
Redwood Shores, CA 94065
Telephone: (650) 730-5557

Attorneys for Defendant Creative Nail Design

By *s/Louis J. Hoffman*
 Louis J. Hoffman (CA SBN 139566)
 Louis@valuablepatents.com
 Hoffman Patent Firm
 14301 North 87th Street
 Suite 312
 Scottsdale, Arizona 85260
 Telephone: 480-948-3295
 Facsimile: 480-948-3387

Attorney for Gel Products

---

IT IS SO ORDERED.
DATE: July 31, 2013

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — DENIED WITHOUT PREJUDICE — Judge Donna M. Ryu]

_____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

3
JOINT STIPULATION AND [PROPOSED] ORDER
GRANTING KEYSTONE AND THIRD-PARTY
DEFENDANTS' ADMINISTRATIVE MOTION
PURSUANT TO CIVIL L.R. 79-5(c) TO SEAL
CONFIDENTIAL DOCUMENTS
3:12-cv-00747-RS