1   VENABLE LLP
    ADAM R. HESS (*pro hac vice*)
2       Email: arhess@venable.com
    CHRISTOPHER T. LA TESTA (*pro hac vice*)
3       Email: ctlatesta@venable.com
    575 7th Street N.W.
4   Washington, D.C. 20004
    Telephone: (202) 344-4547
5   Facsimile: (202) 344-8300

6

7   FREITAS TSENG & KAUFMAN LLP
    CRAIG KAUFMAN (SBN 159458)
        Email: ckaufman@ftklaw.com
8   100 Marine Parkway, Suite 200
    Redwood Shores, CA 94065
9   Telephone: (650) 730-5557

10

11  Attorneys for Defendant
    CREATIVE NAIL DESIGN, INC.

12                          UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14                            SAN FRANCISCO DIVISION

15

16

17  MYCONE DENTAL SUPPLY CO., INC.,
    D/B/A/ KEYSTONE RESEARCH &            Case No.  3:12-cv-00747-RS
    PHARMACEUTICAL,
18
              Plaintiff,
19  vs.                                   **JOINT STIPULATION AND
                                          [PROPOSED] ORDER EXTENDING
20  CREATIVE NAIL DESIGN, INC.,           THE DEADLINES TO EXCHANGE
                                          EXPERT REPORTS**
21            Defendant.

22  AND RELATED COUNTERCLAIM

23

24

25          Pursuant to Local Rule 6-1, Defendant/Counterclaim Plaintiff Creative Nail Design, Inc.

26  ("CND"), Plaintiff Mycone Dental Supply Co., Inc. ("Keystone"), and Counterclaim Defendants

27  Young Nails, Inc., Cacee, Inc. and Nail Systems International ("Counterclaim Defendants"), by

28  and through their respective counsel, hereby stipulate and agree, subject to the Court's approval,

JOINT STIPULATION EXTENDING THE
                                                   DEADLINES TO EXCHANGE EXPERT REPORTS
                                                   CASE NO. 3:12-CV-00747 RS

1  to extend the deadlines for the parties to exchange their expert reports as follows:

2

3
- The deadline for the parties to exchange opening expert reports is extended from August 30, 2013 to September 27, 2013.

4
- The deadline for the parties to exchange rebuttal expert reports is extended from October 2, 2013 to October 30, 2013.

5

6
- The deadline for Keystone to submit its reply expert report for the purpose of rebutting CND's arguments on secondary considerations of nonobviousness is extended from November 1, 2013 to November 22, 2013.

7

8     The parties request the extensions for the reasons explained in the Declaration of

9  Christopher T. La Testa, submitted herewith.  This extension will not affect any other deadlines

10  set by the Court.  In addition, this extension will not affect any pre-trial or trial dates as no dates

11  have been set for trial.

12

13  Dated: August 26, 2013          Respectfully submitted,

14                                  FREITAS TSENG & KAUFMAN LLP

15
                                   By */s/ Craig Kaufman*
16                                     CRAIG KAUFMAN (SBN 159458)
                                       ckaufman@ftklaw.com
17                                     100 Marine Parkway, Suite 200
                                       Redwood Shores, CA  94065
18                                     Telephone:  (650) 730-5557

19                                     Adam R. Hess (*pro hac vice*)
                                       arhess@venable.com
20                                     Christopher T. La Testa (*pro hac vice*)
                                       ctlatesta@venable.com
21                                     VENABLE LLP
                                       575 7th Street N.W.
22                                     Washington, D.C. 20004
                                       Telephone: (202) 344-4547
23                                     Facsimile: (202) 344-8300

24
                                       *Attorneys for Defendant*
25
                                   FISH & RICHARDSON P.C.
26
                                   By */s/ John R. Lane*
27                                     JOHN M. FARRELL (SBN 99649)
                                       farrell@fr.com
28

- 2 -                    JOINT STIPULATION EXTENDING THE
                          DEADLINES TO EXCHANGE EXPERT REPORTS
                          CASE NO. 3:12-CV-00747 RS

500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

John R. Lane (admitted *pro hac vice*)
jlane@fr.com
1 Houston Center
1221 McKinney Street
Suite 2800
Houston, TX 77010
Telephone: (713) 654-5307

Jonathan E. Singer (SBN 187908)
singer@fr.com
12390 El Camino Real
San Diego, CA 92130
Telephone : (858) 678-5070
Facsimile : (858) 678-5099

Joseph A. Herriges (*pro hac vice*)
herriges@fr.com
FISH & RICHARDSON P.C.
60 South 6th Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070

Ira A. Rosenau (*pro hac vice*)
irosenau@klehr.com
KLEHR HARRISON HARVEY
BRANZBURG, LLP
1835 Market Street
Philadelphia, PA 19103
Telephone: (215) 568-6060
Facsimile: (215) 568-6603

*Attorneys for Plaintiff*

JOINT STIPULATION EXTENDING THE
DEADLINES TO EXCHANGE EXPERT REPORTS
CASE NO. 3:12-CV-00747 RS

1                                       **[~~PROPOSED~~] ORDER**

2               PURSUANT TO THE FOREGOING STIPULATION, IT IS HEREBY ORDERED

3 THAT the deadlines for the close of fact and expert discovery and the deadlines for the parties to

4 exchange their expert reports are extended and set as follows:

5          The deadline for the parties to exchange opening expert reports:      September 27, 2013.

6          The deadline for the parties to exchange rebuttal expert reports:       October 30, 2013.

7          The deadline for Keystone to serve reply expert report:           November 22, 2013.

8

9          **IT IS SO ORDERED.**

10

11 Dated:  August <u>26</u> , 2013

12                                         Hon. Richard Seeborg
                                           United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION EXTENDING THE
DEADLINES TO EXCHANGE EXPERT REPORTS
CASE NO. 3:12-CV-00747 RS

1

**ATTESTATION**

2        I, Craig Kaufman, am the ECF User whose ID and password are being used to file this

3  **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINES TO**

4  **EXCHANGE EXPERT REPORTS**.  I attest that, pursuant to United States District Court,

5  Northern District of California Civil L.R. 5-1(i)(3) and General Order 45, concurrence in the

6  filing of this document has been obtained from Counsel for Plaintiff.  I declare under penalty of

7  perjury that the foregoing is true and correct.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION EXTENDING THE
DEADLINES TO EXCHANGE EXPERT REPORTS
CASE NO. 3:12-CV-00747 RS