UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MYCONE DENTAL SUPPLY CO INC,

    Plaintiff(s),

v.

CREATIVE NAIL DESIGN INC,

    Defendant(s).

No. C-12-00747-RS (DMR)

**ORDER FOR SUPPLEMENTAL EXHIBITS TO JOINT DISCOVERY LETTER [DOCKET NO. 139]**

Before the court is a joint discovery letter filed by Plaintiff and third party Gel Products, Inc. [Docket No. 139.] Plaintiff and Gel are ordered to supplement the discovery letter by providing the following information:

    (1) The disputed documents over which Gel asserts the attorney client privilege;

    (2) The portions of the deposition transcript of Gel's Rule 30(b)(6) witness in which she is examined about the disputed document; and

    (3) The privilege log produced by Gel on April 22, 2013.

Plaintiff and Gel are ordered to lodge the above documents with the court by emailing them in PDF format to DMRpo@cand.uscourts.gov, by **12:00 p.m. on September 3, 2013**. Plaintiff and Gel shall also bring copies of the above documents to the hearing on the discovery letter, and Gel shall bring the 2010 Agreement between Gel and CND for in camera review. The hearing remains scheduled for 11:00 a.m. on September 4, 2013.

    IT IS SO ORDERED.

Dated: August 30, 2013

_____
DONNA M. RYU
United States Magistrate Judge