1  John M. Farrell (Cal. Bar. No. 99649)
   farrell@fr.com
2  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
3  Redwood City, CA 94063
   Telephone:  (650) 839-5070
4  Facsimile:  (650) 839-5071

5  Jonathan E. Singer (Cal. Bar No. 187908)
   singer@fr.com
6  FISH & RICHARDSON P.C.
   12390 El Camino Real
7  San Diego, CA 92130
   Telephone:  (858) 678-5070
8  Facsimile:  (858) 678-5099

9  Attorneys for Plaintiff
   and Third-Party Defendants
10

11                **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
                  **SAN FRANCISO DIVISION**
12

13  MYCONE DENTAL SUPPLY CO., INC.,          Case No. 3:12-cv-00747-RS
    D/B/A KEYSTONE RESEARCH &
14  PHARMACEUTICAL,
    a New York Corporation,                  **JOINT STIPULATION AND ~~PROPOSED~~
15                                            ORDER EXTENDING TIME FOR THE
                        Plaintiff,            PARTIES TO EXCHANGE EXPERT
                                              REPORTS AND MODIFYING THE
16                                            SCHEDULING ORDER WITH RESPECT
          v.                                  TO DEPOSITION DAYS**
17
    CREATIVE NAIL DESIGN, INC.,
18  a California corporation,

19                      Defendant.

20  YOUNG NAILS, INC., CACEE, INC. AND
    NAIL SYSTEMS INTERNATIONAL,
21
                  Third-Party Defendants.
22

23         Pursuant to Local Rule 6-1, Plaintiff Mycone Dental Supply Co., Inc., d/b/a/ Keystone

24  Research and Pharmaceutical ("Keystone") and Third-Party Defendants Young Nails, Inc.,

25  Cacee, Inc., and Nail Systems International, and Defendant Creative Nail Design, Inc. hereby

26

27                      JOINT STIPULATION AND PROPOSED ORDER EXTENDING TIME
                         FOR THE PARTIES TO EXCHANGE EXPERT REPORTS AND
28                       MODIFYING THE SCHEDULING ORDER WITH RESPECT TO
                                          DEPOSITION DAYS
                                    Case No. 3:12-cv-00747-RS

stipulate and agree to extend the deadlines for the parties to exchange their expert reports as follows:

- The deadline for the parties to exchange Opening Expert Reports is extended from September 27, 2013 to November 8, 2013;

- The deadline for the parties to exchange Rebuttal Expert Reports is extended from October 30, 2013 to December 13, 2013;

- The deadline for the parties to exchange Reply Expert Reports is extended from November 22, 2013 to January 10, 2014; and

- The close of expert discovery is extended from January 10, 2014 to February 7, 2014.

This extension will not affect any other deadlines set by the court.  In addition, this extension will not affect any pre-trial or trial dates as no dates have been set for trial.

In addition, the parties hereby stipulate and agree to modify the fact discovery deposition limits, governed by the scheduling order in this case (Doc. 75, Section 1.C), as follows:

- A "deposition day," as that term is used in the Scheduling Order, is a deposition of a party witness, regardless of the length of the deposition.

- The limits on "deposition days" in the Scheduling Order do not limit the number of third-party witness depositions.

Fact discovery is closing fairly soon, and expert discovery is approaching. The parties have met and conferred on this issue, and have agreed to these modifications of the scheduling order to accommodate the depositions that are currently anticipated by both parties in order to adequately complete fact discovery.

JOINT STIPULATION AND PROPOSED ORDER EXTENDING TIME
FOR THE PARTIES TO EXCHANGE EXPERT REPORTS AND
MODIFYING THE SCHEDULING ORDER WITH RESPECT TO
DEPOSITION DAYS

1    In accordance with General Order No. 45, Section X(B), the filer of this document hereby

2    attests that the concurrence to the filing of this document has been obtained from the other

3    signatory hereto.

4

5

6    Dated: September 25, 2013                    Respectfully submitted,

7                                                 FISH & RICHARDSON, PC

8                                                 /s/ John R. Lane
                                                  John M. Farrell (Cal. Bar No. 99649)
9                                                 farrell@fr.com
                                                  500 Arguello Street, Suite 500
10                                                Redwood City, CA 94063
                                                  Telephone : (650) 839-5070
11                                                Facsimile : (650) 839-5071

12
                                                  John R. Lane (pro hac vice)
13                                                JLane@fr.com
                                                  FISH & RICHARDSON P.C.
14                                                1221 McKinney Street, Suite 2800
                                                  Houston, TX 77010
15                                                Telephone: (713) 654-5300
                                                  Facsimile: (713) 652-0109
16

17                                                Jonathan E. Singer (Cal. Bar No. 187908)
                                                  singer@fr.com
18                                                12390 El Camino Real
                                                  San Diego, CA 92130
19                                                Telephone : (858) 678-5070
                                                  Facsimile : (858) 678-5099
20

21                                                Joseph A. Herriges (pro hac vice)
                                                  herriges@fr.com
22                                                FISH & RICHARDSON P.C.
                                                  60 South 6th Street, Suite 3200
23                                                Minneapolis, MN 55402
                                                  Telephone: (612) 335-5070
24

25                                                Ira A. Rosenau (pro hac vice)
                                                  irosenau@klehr.com
26
                                                  3
27                                      JOINT STIPULATION AND PROPOSED ORDER EXTENDING TIME
                                         FOR THE PARTIES TO EXCHANGE EXPERT REPORTS AND
28                                      MODIFYING THE SCHEDULING ORDER WITH RESPECT TO
                                                   DEPOSITION DAYS

KLEHR HARRISON HARVEY
BRANZBURG, LLP
1835 Market Street
Philadelphia, PA 19103
Telephone: (215) 568-6060
Facsimile: (215) 568-6603

Attorneys for Plaintiff and Third-Party Defendants

*/s/ Adam R. Hess*
Adam R. Hess (pro hac vice)
arhess@venable.com
Christopher T. La Testa (pro hac vice)
ctlatesta@venable.com
VENABLE LLP
575 7th Street N.W.
Washington, D.C. 20004
Telephone: (202) 344-4547
Facsimile: (202) 344-8300

Craig Kaufman (Cal. Bar. No. 159458)
ckaufman@ftklaw.com
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway
Suite 200
Redwood Shores, CA 94065
Telephone: (650) 730-5557

Attorneys for Defendant

4

JOINT STIPULATION AND PROPOSED ORDER EXTENDING TIME
FOR THE PARTIES TO EXCHANGE EXPERT REPORTS AND
MODIFYING THE SCHEDULING ORDER WITH RESPECT TO
DEPOSITION DAYS

## [PROPOSED] ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT the deadline for Opening Expert Reports is extended from September 27, 2013 to November 8, 2013; the deadline for Rebuttal Expert Reports is extended from October 30, 2013 to December 13, 2013; the deadline for Reply Expert Reports is extended from November 22, 2013 to January 10, 2014; and the close of expert discovery is extended from January 10, 2014 to February 7, 2014.

IT IS FURTHER ORDERED THAT:

- A "deposition day," as that term is used in the Scheduling Order, is a deposition of a party witness, regardless of the length of the deposition.
- The limits on "deposition days" in the Scheduling Order do not limit the number of third-party witness depositions.

**IT IS SO ORDERED.**

Dated: __9/25_____, 2013

_____
Hon. Richard Seeborg
United States District Judge

JOINT STIPULATION AND PROPOSED ORDER EXTENDING TIME
FOR THE PARTIES TO EXCHANGE EXPERT REPORTS AND
MODIFYING THE SCHEDULING ORDER WITH RESPECT TO
DEPOSITION DAYS