1 | VENABLE LLP
ADAM R. HESS (*pro hac vice*)
2 |    Email: arhess@venable.com
CHRISTOPHER T. LA TESTA (*pro hac vice*)
3 |    Email: ctlatesta@venable.com
575 7th Street N.W.
4 | Washington, D.C. 20004
Telephone: (202) 344-4547
5 | Facsimile: (202) 344-8300

FREITAS TSENG & KAUFMAN LLP
7 | CRAIG KAUFMAN (SBN 159458)
   Email: ckaufman@ftklaw.com
8 | 100 Marine Parkway
Suite 200
9 | Redwood Shores, CA 94065
Telephone: (650) 730-5557

11 | Attorneys for Defendant
CREATIVE NAIL DESIGN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYCONE DENTAL SUPPLY CO., INC., D/B/A/ KEYSTONE RESEARCH & PHARMACEUTICAL,<br><br>    Plaintiff,<br><br>vs.<br><br>CREATIVE NAIL DESIGN, INC.,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 3:12-cv-00747-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND PROTECTIVE ORDER** |

1  WHEREAS, on December 3, 2012, the Court entered a Stipulated Protective Order
2  (Docket No. 93); and
3  WHEREAS, the Stipulated Protective Order governs discovery and confidentiality in the
4  above-captioned action for all named parties;
5  WHEREAS, third parties have been served and will be served with discovery that calls for
6  the production of Confidential Information; and
7  WHEREAS, a third party has requested a modification of the Stipulated Protective Order
8  that the third party deems necessary to ensure that its Confidential Information is adequately
9  protected;
10  Defendant/Counterclaim Plaintiff Creative Nail Design, Inc. ("CND"), Plaintiff Mycone
11  Dental Supply Co., Inc. ("Keystone"), and Counterclaim Defendants Young Nails, Inc., Cacee,
12  Inc. and Nail Systems International ("Counterclaim Defendants"), by and through their respective
13  counsel, hereby stipulate and agree, subject to the Court's approval, that the Stipulated Protective
14  Order shall be amended as follows:
15  2.2  "CONFIDENTIAL" Information or Items: information (regardless of how it is
16  generated, stored or maintained) or tangible things (a) that contain private or confidential personal
17  information, or (b) that contain information received in confidence from third parties, or (c)
18  which the producing party otherwise believes in good faith to be entitled to protection under Rule
19  26(c)(1)(G) of the Federal Rules of Civil Procedure.
20  2.8  "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY"
21  Information or Items: extremely sensitive "Confidential" Information or Items pertaining to (a)
22  technical materials, methods, or processes that are or could be used by a producing party to
23  manufacture its products, the disclosure of which to another Party or Non-Party would create a
24  substantial risk of serious harm that could not be avoided by less restrictive means or  (b) trade
25  secrets, competitively sensitive technical, marketing, financial, sales or other confidential
26  business information.
27  / / /
28  / / /

IT IS ST STIPULATED THROUGH COUNSEL OF RECORD.

Dated: October 23, 2013     FREITAS TSENG & KAUFMAN LLP

By: */s/ Craig R. Kaufman*
   Craig R. Kaufman
   Attorney for Defendant and Counterclaim Plaintiff
   CREATIVE NAIL DESIGN, INC.

Dated: October 23, 2013     FISH & RICHARDSON P.C.

By: */s/John M. Farrell*
   John M. Farrell
   Attorney for Plaintiff
   MYCONE DENTAL SUPPLY CO., INC. D/B/A
   KEYSTONE RESEARCH &
   PHARMACEUTICALS

**IT IS SO ORDERED.**

Dated: 10/23/13

The Honorable Richard Seeborg
United States District Judge