VENABLE LLP
ADAM R. HESS (pro hac vice)
Email: arhess@venable.com
CHRISTOPHER T. LA TESTA (pro hac vice)
Email: ctlatesta@venable.com
575 7th Street N.W.
Washington, D.C. 20004
Telephone: (202) 344-4547
Facsimile: (202) 344-8300

FREITAS TSENG & KAUFMAN LLP
CRAIG KAUFMAN (SBN 159458)
Email: ckaufman@ftklaw.com
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065

RACHEL KREVANS (CA SBN 116421)
RKrevans@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

COLETTE R. VERKUIL (CA SBN 263630)
CVerkuil@mofo.com
JOSEPH K. KANADA (CA SBN 251401)
JKanada@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650.813.5802
Facsimile: 650.494.0792

Attorneys for Defendant and Counterclaimant
CREATIVE NAIL DESIGN, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MYCONE DENTAL SUPPLY CO., INC. D/B/A/ KEYSTONE RESEARCH & PHARMACUETICAL<br><br>Plaintiff,<br><br>v.<br><br>CREATIVE NAIL DESIGN, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No.: 3:12-CV-00747-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO EXCHANGE EXPERT REPORTS** |

Pursuant to Civil Local Rules 6-1 and 6-2, Defendant Creative Nail Design, Inc. ("CND"), Plaintiff Mycone Dental Supply Co., Inc. ("Keystone"), and Third-Party Defendants Young Nails, Inc., Cacee, Inc., and Nail Systems International, hereby stipulate and agree to extend the deadlines for discovery as follows:

- The deadline for the parties to exchange Opening Expert Reports is extended from November 15, 2013 to November 22, 2013;
- The deadline for fact discovery is extended from November 15, 2013 to November 22, 2013;
- The deadline for the parties to exchange Rebuttal Expert Reports is extended from December 13, 2013 to January 15, 2014;
- The deadline for the parties to exchange Reply Expert Reports is extended from January 10, 2014 to January 31, 2014; and
- The close of expert discovery is extended from February 7, 2014 to February 19, 2014.

The parties request this extension for the reasons explained in the Declaration of Adam R. Hess, submitted herewith. This extension will not affect any other deadlines set by the Court. In addition, this extension will not affect any pre-trial or trial dates as no dates have been set for trial.

Dated: November 12, 2013          MORRISON & FOERSTER LLP


By: /s/ Colette R. Verkuil
       Colette R. Verkuil

Attorneys for Defendant and Counterclaimant
CREATIVE NAIL DESIGN, INC.

FISH & RICHARDSON, PC


By: /s/ John R. Lane
       John M. Farrell

Attorneys for Plaintiff MYCONE DENTAL SUPPLY CO., INC. D/B/A/ KEYSTONE RESEARCH & PHARMACUETICAL and Third-Party Defendants

# [PROPOSED] ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS HEREBY ORDERED that the deadlines for the close of fact discovery and expert discovery and the deadlines for the parties to exchange their expert reports are extended and set as follows:

1. The deadline for the parties to exchange Opening Expert Reports is extended from November 15, 2013 to November 22, 2013.
2. The deadline for fact discovery is extended from November 15, 2013 to November 22, 2013.
3. The deadline for the parties to exchange Rebuttal Expert Reports is extended from December 13, 2013 to January 15, 2014.
4. The deadline for the parties to exchange Reply Expert Reports is extended from January 10, 2014 to January 31, 2014.
5. The close of expert discovery is extended from February 7, 2014 to February 19, 2014.

**IT IS SO ORDERED.**

Dated:   11/12/13

Hon. Richard Seeborg
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO EXCHANGE EXPERT REPORTS
CASE NO. 1:11-CV-04380-JBS-KMW
pa-1614797

2

**ATTESTATION**

I, Colette R. Verkuil, am the ECF user whose ID and password are being used to file this document. I hereby attest that John R. Lane, counsel for Plaintiff and Third Party Defendants, has concurred in this filing.

Dated: November 12, 2013  By:  /s/ Colette R. Verkuil
                                Colette R. Verkuil

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO EXCHANGE EXPERT REPORTS
CASE NO. 1:11-CV-04380-JBS-KMW
pa-1614797

3