1    VENABLE LLP
     ADAM R. HESS (pro hac vice)
2    Email:  arhess@venable.com
     CHRISTOPHER T. LA TESTA (pro hac vice)
3    Email: ctlatesta@venable.com
     575 7th Street N.W.
4    Washington, D.C. 20004
     Telephone: (202) 344-4547
5    Facsimile: (202) 344-8300

6    FREITAS TSENG & KAUFMAN LLP
     CRAIG KAUFMAN (SBN 159458)
7    Email:  ckaufman@ftklaw.com
     100 Marine Parkway, Suite 200
8    Redwood Shores, CA 94065

9    RACHEL KREVANS (CA SBN 116421)
     RKrevans@mofo.com
10   MORRISON & FOERSTER LLP
     425 Market Street
11   San Francisco, California  94105-2482
     Telephone:  415.268.7000
12   Facsimile:  415.268.7522

13   COLETTE R. VERKUIL (CA SBN 263630)
     CVerkuil@mofo.com
14   JOSEPH K. KANADA (CA SBN 251401)
     JKanada@mofo.com
15   MORRISON & FOERSTER LLP
     755 Page Mill Road
16   Palo Alto, CA  94304-1018
     Telephone:  650.813.5802
17   Facsimile:  650.494.0792

18   Attorneys for Defendant and Counterclaimant
     CREATIVE NAIL DESIGN, INC.

19                    **UNITED STATES DISTRICT COURT**

20                    **NORTHERN DISTRICT OF CALIFORNIA**

21                       **SAN FRANCISCO DIVISION**

22   MYCONE DENTAL SUPPLY CO., INC.          Case No.:  3:12-CV-00747-RS
     D/B/A/ KEYSTONE RESEARCH &
23   PHARMACUETICAL
                                             **JOINT STIPULATION AND**
24                   Plaintiff,              **[PROPOSED] ORDER**
                                             **EXTENDING FACT DISCOVERY**
25         v.                                **WITH RESPECT TO TWO THIRD**
                                             **PARTY DEPOSITIONS**
     CREATIVE NAIL DESIGN, INC.,
26                   Defendant.

27   AND RELATED COUNTERCLAIM

28

     JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY
     CASE NO. 3:12-CV-00747-RS
     pa-1617433

1  Pursuant to Civil Local Rules 6-1 and 6-2, Defendant Creative Nail Design, Inc. ("CND"),

2  Plaintiff Mycone Dental Supply Co., Inc. ("Keystone"), and Third-Party Defendants Young

3  Nails, Inc., Cacee, Inc., and Nail Systems International, hereby stipulate and agree to extend the

4  deadlines for discovery as follows:

5         • The deadline for fact discovery is extended from November 22, 2013 to
           December  15, 2013 for the sole purpose of accommodating the depositions of
6          Michael Bannett and Niki Kranzler, and no other purposes.

7      The parties request this extension for the reasons explained in the Declaration of Adam R.

8  Hess, submitted herewith.   This extension will not affect any other deadlines set by the Court.  In

9  addition, this extension will not affect any pre-trial or trial dates as no dates have been set for

10 trial.

11
   Dated: November 27, 2013          MORRISON & FOERSTER LLP
12

13

14                                   By: /s/ Colette R. Verkuil
                                         Colette R. Verkuil

15                                     Attorneys for Defendant and Counterclaimant
                                       CREATIVE NAIL DESIGN, INC.
16
                                     FISH & RICHARDSON, PC
17

18
                                     By: /s/ John R. Lane
19                                       John R. Lane

20                                     Attorneys for Plaintiff MYCONE DENTAL SUPPLY
                                       CO., INC. D/B/A/ KEYSTONE RESEARCH &
21                                     PHARMACUETICAL and Third-Party Defendants

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY
CASE NO. 3:12-CV-00747-RS                                                          1
pa-1617433

1

## [~~PROPOSED~~] ORDER

2       PURSUANT TO THE FOREGOING STIPULATION, IT IS HEREBY ORDERED that

3  the deadline for the close of fact discovery is extended and set as follows:

4

          1.  The deadline for fact discovery is extended from November 22, 2013 to
December 15, 2013 for the sole purpose of accommodating the depositions of

5              Michael Bannett and Niki Kranzler, and no other purposes.

6

7  **IT IS SO ORDERED.**

8

9  Dated:  11/27/13

10
                                      Hon. Richard Seeborg

11                               United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY
CASE NO. 3:12-CV-00747-RS
pa-1617433

2

1    **ATTESTATION**

2         I, Colette R. Verkuil, am the ECF user whose ID and password are being used to file this

3    document.  I hereby attest that John R. Lane, counsel for Plaintiff and Third Party Defendants,

4    has concurred in this filing.

5
     Dated: November 27, 2013             By:     /s/ Colette R. Verkuil_____
6                                                 Colette R. Verkuil

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28