UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCONE DENTAL SUPPLY CO INC, | No. C-12-00747-RS (DMR) |
| Plaintiff(s), | **ORDER DENYING LETTER [DOCKET NO. 174] WITHOUT PREJUDICE AND REQUIRING PARTIES TO MEET AND CONFER** |
| v. | |
| CREATIVE NAIL DESIGN INC, | |
| Defendant(s). | |

The court is in receipt of the letter filed on November 29, 2013 by Defendant Creative Nail Design Inc., addressing its discovery dispute with joined parties Young Nails, Inc., Cacee, Inc., and Nail Systems International. [Docket No. 174.] The letter is denied without prejudice and the parties are ordered to continue to meet and confer regarding the discovery dispute. If the parties are unable to resolve the dispute without court intervention, the parties must follow the court's standing order on discovery, *see* Docket No. 91, and file a joint discovery letter by **December 9, 2013**.

IT IS SO ORDERED.

Dated: December 2, 2013

DONNA M. RYU
United States Magistrate Judge