John M. Farrell (Cal. Bar No. 99649)
farrell@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Jonathan E. Singer (Cal. Bar No. 187908)
singer@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Plaintiff
and Third-Party Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISO DIVISION**

| | |
|---|---|
| MYCONE DENTAL SUPPLY CO., INC., D/B/A KEYSTONE RESEARCH & PHARMACEUTICAL, a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CREATIVE NAIL DESIGN, INC., a California Corporation,<br><br>Defendant.<br><br>YOUNG NAILS, INC., CACEE, INC. AND NAIL SYSTEMS INTERNATIONAL,<br><br>Third-Party Defendants. | Case No. 3:12-cv-00747-RS<br><br>**JOINT STIPULATION TO EXTEND NEAR-TERM DEADLINES AND [PROPOSED] ORDER** |

Pursuant to Local Rules 6-1 and 6-2, Plaintiff Mycone Dental Supply Co., Inc., d/b/a/ Keystone Research and Pharmaceutical, Third-Party Defendants Young Nails, Inc., Cacee, Inc., and Nail Systems International, and Defendant Creative Nail Design, Inc. submit this joint stipulation to postpone all near-term deadlines for two weeks.  The parties are jointly making this

request because they continue to engage in settlement discussions, and believe a modest delay in near-term deadlines will facilitate these discussions. Accordingly, the parties stipulate and jointly move to postpone the following deadlines:

- The deadline for Keystone to serve its rebuttal report on objective considerations shall be extended from February 14, 2014 to February 28, 2014.

- Third-Party Defendants' deadline to comply with Judge Ryu's January 28, 2014 Order, (Doc. No. 188), and produce a list of all customers to whom they sold accused products between 2011 and 2013 shall be extended from February 20, 2014 to March 6, 2014.

- The close of expert discovery shall be extended from March 5, 2014 to March 19, 2014.

This extension will not affect any other deadlines set by the Court. In addition, this extension will not affect any pre-trial or trial dates as no dates have been set for trial.

In accordance with General Order No. 45, Section X(B), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

Dated: February 11, 2014                    Respectfully submitted,

*/s/ John R. Lane*
John R. Lane (pro hac vice)
JLane@fr.com
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

John M. Farrell (Cal. Bar No. 99649)
farrell@fr.com
FISH & RICHARDSON, PC
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile : (650) 839-5071

Jonathan E. Singer (Cal. Bar No. 187908)
singer@fr.com
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Joseph A. Herriges (pro hac vice)
herriges@fr.com
FISH & RICHARDSON P.C.
60 South 6th Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile : (612) 288-9696

Ira A. Rosenau (pro hac vice)
irosenau@klehr.com
KLEHR HARRISON HARVEY BRANZBURG, LLP
1835 Market Street
Philadelphia, PA 19103
Telephone: (215) 568-6060
Facsimile: (215) 568-6603

Attorneys for Plaintiff and Third-Party Defendants

3
JOINT STIPULATION TO EXTEND NEAR-TERM DEADLINES AND
[PROPOSED] ORDER
Case No. 3:12-cv-00747-RS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ Colette R. Verkuil
Colette R. Verkuil (CA SBN 263630)
CVerkuil@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792

Adam R. Hess (pro hac vice)
arhess@venable.com
Christopher T. La Testa (pro hac vice)
ctlatesta@venable.com
VENABLE LLP
575 7th Street N.W.
Washington, D.C. 20004
Telephone: (202) 344-4547
Facsimile: (202) 344-8300

Craig Kaufman (Cal. Bar. No. 159458)
ckaufman@ftklaw.com
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway
Suite 200
Redwood Shores, CA 94065
Telephone: (650) 730-5557

Attorneys for Defendant

4
JOINT STIPULATION TO EXTEND NEAR-TERM DEADLINES AND
[PROPOSED] ORDER
Case No. 3:12-cv-00747-RS

# [PROPOSED] ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT:

- The deadline for Keystone to serve its rebuttal report on objective considerations shall be extended from February 14, 2014 to February 28, 2014.

- Third-Party Defendants' deadline to comply with Judge Ryu's January 28, 2014 Order, (Doc. No. 188), and produce a list of all customers to whom they sold accused products between 2011 and 2013 shall be extended from February 20, 2014 to March 6, 2014.

- The close of expert discovery shall be extended from March 5, 2014 to March 19, 2014.

**IT IS SO ORDERED.**

Dated: __2/11_____, 2014

_____
Hon. Richard Seeborg
United States District Judge