John M. Farrell (Cal. Bar No. 99649)
farrell@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Jonathan E. Singer (Cal. Bar No. 187908)
singer@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Plaintiff
and Third-Party Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISO DIVISION**

| | |
|---|---|
| MYCONE DENTAL SUPPLY CO., INC., D/B/A KEYSTONE RESEARCH & PHARMACEUTICAL, a New York Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CREATIVE NAIL DESIGN, INC., a California corporation,<br><br>　　　　　　Defendant. | Case No. 3:12-cv-00747-RS<br><br>**DECLARATION IN SUPPORT OF JOINT STIPULATION TO EXTEND NEAR-TERM DEADLINES** |
| YOUNG NAILS, INC., CACEE, INC. AND NAIL SYSTEMS INTERNATIONAL,<br><br>　　　　　　Third-Party Defendants. | |

I, John R. Lane, hereby declare as follows:

1. I am an attorney with Fish & Richardson P.C., attorneys of record for Plaintiff Mycone Dental Supply Co., Inc. d/b/a Keystone Research and Pharmaceutical ("Keystone"), and

1

Third-Party Defendants Young Nails, Inc., Cacee, Inc., and Nail Systems International. I have been admitted *pro hac vice* to practice before this Court.

2. I have personal knowledge of the facts stated herein and could testify competently about them if called upon to do so.

3. Pursuant to Northern District of California Civil Local Rule 6-2(a), I submit this declaration in support of the Joint Stipulation Extending Near-Term Deadlines, filed concurrently herewith.

4. Keystone, Third-Party Defendants, and Defendant Creative Nail Design have met and conferred, and jointly request the two-week postponement of all near-term deadlines in order to facilitate ongoing settlement discussions.

5. The parties previously sought the following modifications to the scheduling order: October 5, 2012 Joint Stipulation Extending Time for the Parties to Exchange Preliminary Claim Constructions and Extrinsic Evidence Pursuant to Patent Local Rule 4-2. (Doc. No. 86, granted in Doc. No. 87); January 7, 2013 Joint Stipulation Extending Time for the Parties to Exchange Claim Construction Briefs (Doc. No. 94, granted in Doc. No. 95); February 11, 2013 Joint Stipulation Extending time for Defendant Creative Nail Design, Inc. to File its Reply Claim Construction Brief pursuant to Patent Local Rule 4-5 (Doc. No. 109, granted in Doc. No. 110); February 13, 2013 Joint Stipulation to Reschedule Claim Construction Hearing (Doc. No. 111, granted in Doc. No. 112); June 10, 2013 Joint Stipulation Extending Discovery Deadlines to Exchange Expert Reports (Doc. No. 130, granted in Doc. No. 131); and August 26, 2013 Joint Stipulation Extending the Deadline to Exchange Expert Reports (Doc. No. 143, granted in Doc. No. 144); September 25, 2013 Joint Stipulation Extending Time for the Parties to Exchange Expert Reports (Doc. No. 157, granted in Doc. No. 158); November 6, 2013 CND's Motion to Extend Time to Exchange Expert Reports (Doc. No. 166, partially granted in Doc. No. 168); and November 12,

2013 Joint Stipulation Extending Time for the Parties to Exchange Expert Reports (Doc. No. 170, granted in Doc. No. 171); Keystone's January 13, 2014 Motion to Modify the Scheduling Order For Rebuttal Damages Expert Report Deadline (Doc. No. 183, denied in Doc. No. 186); Joint Stipulation to Extend Near-Term Deadlines, (Doc. No. 189, granted in Doc. No. 190); Joint Stipulation to Extend Near-Term Deadlines, (Doc. No. 191, granted in Doc. No. 192); Joint Stipulation to Extend Near-Term Deadlines, (Doc. No. 193, granted in Doc. No. 194); Joint Stipulation to Extend Near-Term Deadlines, (Doc No. 195, granted in Doc. No. 196).

      6.     This Joint Stipulation will not affect any other deadlines set by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of March, 2014.

                                                      */s/ John R. Lane*
                                                    John R. Lane (*pro hac vice*)
                                                    Jlane@fr.com