VENABLE LLP
ADAM R. HESS (pro hac vice)
Email: arhess@venable.com
CHRISTOPHER T. LA TESTA (pro hac vice)
Email: ctlatesta@venable.com
575 7th Street N.W.
Washington, D.C. 20004
Tel.: 202.344.4547  Fax: 202.344.8300

FREITAS TSENG & KAUFMAN LLP
CRAIG KAUFMAN (SBN 159458)
Email: ckaufman@ftklaw.com
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065

RACHEL KREVANS (CA SBN 116421)
RKrevans@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Tel.: 415.268.7000  Fax: 415.268.7522

COLETTE R. VERKUIL (CA SBN 263630)
CVerkuil@mofo.com
JOSEPH K. KANADA (CA SBN 251401)
JKanada@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Tel.: 650.813.5802  Fax: 650.494.0792

Attorneys for Defendant
CREATIVE NAIL DESIGN, INC.

John M. Farrell (Cal. Bar No. 99649)
farrell@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Jonathan E. Singer (Cal. Bar No. 187908)
singer@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff MYCONE
DENTAL SUPPLY CO., INC. D/B/A
KEYSTONE RESEARCH &
PHARMACEUTICAL and Third Party
Defendants YOUNG NAILS, INC.,
CACEE, INC. AND NAIL SYSTEMS
INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYCONE DENTAL SUPPLY CO., INC., D/B/A KEYSTONE RESEARCH & PHARMACEUTICAL, a New York Corporation,<br><br>Plaintiff,<br>v.<br><br>CREATIVE NAIL DESIGN, INC., a California Corporation,<br><br>Defendant,<br><br>YOUNG NAILS, INC., CACEE, INC. AND NAIL SYSTEMS INTERNATIONAL,<br><br>Third-Party Defendants. | Case No.: 3:12-CV-00747-RS<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Hon. Richard Seeborg |

Defendant and Counterclaimant Creative Nail Design, Inc. ("CND"), Plaintiff and Counter-defendant Mycone Dental Supply Co., Inc. d/b/a Keystone Research & Pharmaceutical ("Keystone"), and Third-Party Defendants Young Nails, Inc., Cacee, Inc., and Nail Systems International hereby stipulate to the dismissal with prejudice of all of CND's claims and counterclaims and the dismissal without prejudice of all of Keystone's claims in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), subject to the terms of a confidential settlement agreement dated March 28, 2014, with each party to bear its own costs, expenses and attorneys' fees.

The parties further stipulate and respectfully request that the Court retain jurisdiction over any disputes regarding CND and Keystone's March 28, 2014 confidential settlement agreement, and respectfully request that the Court enter the proposed order below.

Dated: March 28, 2014          MORRISON & FOERSTER LLP

                               By: /s/ Colette R. Verkuil
                                   Colette R. Verkuil

                               Attorneys for Defendant CREATIVE NAIL DESIGN, INC.

Dated: March 28, 2014          FISH & RICHARDSON, PC

                               By: _____
                                   John R. Lane

                               Attorneys for Plaintiff MYCONE DENTAL SUPPLY CO., INC. D/B/A/ KEYSTONE RESEARCH & PHARMACEUTICAL and Third-Party Defendants YOUNG NAILS, INC., CACEE, INC. and NAIL SYSTEMS INTERNATIONAL

### ATTESTATION

In accordance with General Order 45 and Civil Local Rule 5-1(i)(3), concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: March 28, 2014          /s/ Colette R. Verkuil
                               Colette R. Verkuil

# [PROPOSED] ORDER

THE COURT HEREBY ORDERS:

1. Creative Nail Design, Inc.'s claims and counterclaims in this action are dismissed with prejudice;
2. Mycone Dental Supply Co., Inc.'s claims in this action are dismissed without prejudice;
3. each party will bear its own costs, expenses and attorneys' fees; and
4. the Court retains jurisdiction over any disputes between the parties regarding CND and Keystone's March 28, 2014 confidential settlement agreement.

Dated: 3/31/14

Hon. Richard Seeborg
United States District Judge